(86 Tex. Cr. R. 476)

Ex parte GUERRERO. · (No. 5668.)

(Court of Criminal Appeals of Texas. Jan. 14, 1920.)

Appeal from Bexar County Court; J. R. Davis, Judge.

Jose Angel Guerrero was prosecuted for crime and appeals. On application to be allowed to be released under a recognizance. Application granted.

C. J. Matthews, of San Antonio, for appellant.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. It being made to appear to the court that the applicant herein has heretofore made and filed with the proper officer a recognizance for appeal herein, it is hereby ordered and adjudged by the court that the applicant at this time be allowed to go hence, and to hold himself bound unto the state of Texas, in terms of law, as is required by the provi-

sions of said recognizance, and that his application is hereby granted, and applicant ordered released from any further responsibility under the bond given in response to the court's orders herein.